

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00172-CR

Alphonso **BOUTIRE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7766
Honorable Stephanie R. Boyd, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: July 20, 2022

DISMISSED

Following Appellant's conviction, his court-appointed appellate counsel filed an *Anders* brief and a motion to withdraw. *See Anders v. California*, 386 U.S. 738 (1967). The State filed a conditional waiver. As his response, Appellant sent a letter requesting to withdraw his appeal. The response is signed by Appellant. *See* TEX. R. APP. P. 42.2(a).

First, appellate counsel's motion to withdraw is granted. *See* TEX. R. APP. P. 6.5. Next, Appellant's motion to withdraw the appeal is granted; this appeal is dismissed. *See id.*; *Hypolite*

*v. State*, 647 S.W.2d 294, 295 (Tex. Crim. App. 1983); *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd).

PER CURIAM

Do not publish